ADLESON, HESS & KELLY
A Professional Corporation
Patric J. Kelly, Bar No. 71461
Duane W. Shewaga, Bar No. 116837
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250

Attorneys for Scripps Investments & Loans, Inc., a California corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| In re: | Case No.: 05-49398 |
| Action Development, LLC<br>02-0549448 | Chapter: 7 (converted from 11) |
| Debtor. | Judge: Hon Leslie J. Tchaikovsky |
| MICHAEL GRAY, an individual and ACTION DEVELOPMENT, LLC,, a California limited liability company. | Adversary No: |
| Plaintiff, | Alameda County Superior Court Number: RG06279023 |
| v. | |
| SCRIPPS INVESTMENTS & LOANS, INC., a California corporation, et al., | |
| Defendants. | |

## CERTIFICATION OF SERVICE BY MAIL

I, the undersigned, certify:

I am a citizen of the United States and a resident of Santa Clara County, California. I am now, and at all times herein mentioned was, over the age of eighteen years and not a party to the above-captioned matter. My business address is 577 Salmar Avenue, Second Floor, Campbell, California 95008.

On August 17, 2006, I served the following document(s):

NOTICE OF REMOVAL TO FEDERAL BANKRUPTCY COURT

on the following persons by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Campbell, California, addressed as follows:

**Debtor:**
Action Development, LLC
2523 El Portal Drive, Suite 101
San Pablo, CA 94806

**Attorney for Debtor:**
Cynthia L. Cox
Attorney at Law
1212 Broadway, Suite 1400
Oakland, CA 94612

Cynthia L. Cox, Esq.
Law Offices of Marshall & Ramos
350 Frank O'Gawa Plaza
Oakland, CA 94612
Phone: (510) 835-8359
Email: ccox@marshallramoslaw.com

**Trustee:**
Lois I. Brady
P. O. Box 12754
Oakland, CA 94604
Phone: (510) 452-4200

**United States Trustee:**
Laurent Chen, Esq.
Office of the U.S. Trustee
1301 Clay Street
Oakland, CA 94612
Phone: (510) 637-3200
Email: Laurent.Chen@usdoj.gov

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 17, 2006, at Campbell, California.

                                                                /s/ Deborah Vajretti
                                                                Deborah Vajretti

ADLESON, HESS & KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM

Case No. 05-49398         certification of service        Page 2
Case: 06-04206   Doc# 1-1   Filed: 08/17/06   Entered: 08/17/06 15:25:56   Page 2 of 2